Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-348-301**
**Effective Date of Registration:**
April 17, 2023
**Registration Decision Date:**
May 22, 2023

---

## Title

    **Title of Work:** full moon

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** November 03, 2017
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Tytti Fallon
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Tytti Fallon
    905 N Shellbark Rd, Muncie, IN, IN, 47304, United States

## Rights and Permissions

    **Name:** Tytti Fallon
    **Email:** contact@durianaddict.com

## Certification

    **Name:** David Denholm
    **Date:** April 17, 2023
    **Applicant's Tracking Number:** TF20230417

